## February 22, 1973.

M. P. No. 73-51. Petition of Edward J. Radlo. Contingent upon petitioner taking the bar examination scheduled to be given on February 27 and February 28, 1973, his petition to review the action of the Board of Bar Examiners denying his request to be excused from taking the multi-state portion of

the bar examination is assigned to the calendar of March 9, 1973 for oral argument. Kelleher, J. not participating. *Edward J. Radlo,* petitioner, pro se.